UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUMMER CREST LLC, et al,

               Plaintiffs,

-against-

TOWN OF MONROE,

               Defendant.

**ORDER**

23-CV-06048 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

    Plaintiffs' motion for preliminary injunction filed on September 5, 2023 (Doc. 11) is denied without prejudice to renewal in accordance with the Court's Individual Practices Rules 2(C) and 4(F).

    The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 11.

SO ORDERED:

Dated: White Plains, New York
September 6, 2023

_____
PHILIP M. HALPERN
United States District Judge