UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUMMER CREST LLC, *et al.*,

                              Plaintiffs,          **ORDER**

        -against-                                  23 Civ. 6048 (PMH)(JCM)

TOWN OF MONROE,

                              Defendant.
------------------------------------------------------------X

On March 11, 2024, the Court issued an Order in the above-captioned case directing the parties, in part, to exchange a settlement demand and offer prior to the filing of their *ex parte* letters. (Docket No. 26). It is clear from the Court's review of the *ex parte* letters that the parties did not comply with this directive. Thus, counsel are directed to immediately comply with the Court's March 11, 2024 Order and submit a supplemental *ex parte* letter setting forth Plaintiffs' demand and Defendant's offer by no later than April 3, 2024.

Dated: April 2, 2024
       White Plains, New York

                                                  **SO ORDERED:**

                                                  _____
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge