UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMER CREST LLC, et al,

                        Plaintiffs,        **ORDER**

-against-                23-CV-6048 (PMH)

TOWN OF MONROE,

                        Defendant.

PHILIP M. HALPERN, United States District Judge:

All parties appeared for a case management conference on June 10, 2024. Counsel for Plaintiffs appeared in-person and counsel for Defendant appeared via telephone. At the conference, the Court directed the parties to meet and confer and file, by **July 19, 2024,** those materials required by Rules 6(A) and 6(B) of the Court's Individual Practices.

At the conference, the parties notified the Court that they consent to conducting all further proceedings before a Magistrate Judge, pursuant to 28 U.S.C. § 636(c). The parties shall file their written consent to proceed before a Magistrate Judge by **June 10, 2024 at 5:00 p.m.** The parties may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. If the parties file their written consent to proceed before a Magistrate Judge by today at 5:00 p.m., the Court's order directing the filing of Rule 6(A) and 6(B) materials by July 19, 2024 is vacated.

See Transcript.

**SO ORDERED**:

Dated: White Plains, New York
       June 10, 2024

                                              Hon. Philip M. Halpern
                                              United States District Judge