UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUMMER CREST LLC, et al,

                    Plaintiffs,

-against-

TOWN OF MONROE,

                    Defendant.

**ORDER**

23-CV-6048 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A pretrial conference is scheduled in this matter on **November 14, 2024 at 12:00 p.m.** in Courtroom 520 of the White Plains courthouse.

**SO ORDERED**:

Dated: White Plains, New York
       August 30, 2024

_____
Hon. Philip M. Halpern
United States District Judge