UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SUMMER CREST LLC and PAMELA LEE,

                        Plaintiffs,                  **JUDGMENT**

    -against-                                     23 Civ. 6048 (JCM)

TOWN OF MONROE,

                        Defendant.
-------------------------------------------------------------x

      **WHEREAS**, Plaintiffs Summer Crest LLC and Pamela Lee (collectively, "Plaintiffs")[1] brought the above-entitled action against the Town of Monroe ("Defendant"); and

      **WHEREAS**, this action was assigned to the Honorable Judith C. McCarthy, United States Magistrate Judge, by consent of the parties pursuant to 28 U.S.C. § 636(c); and

      **WHEREAS**, this action proceeded to a jury trial on May 8, 2025; and

      **WHEREAS**, at the conclusion of trial, on May 12, 2025, the jury reached a unanimous verdict in favor of Defendant;

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Defendant. Accordingly, the Clerk is respectfully requested to close the case.

Dated: May 12, 2025
       White Plains, New York

                                                           **SO ORDERED:**

                                                           JUDITH C. McCARTHY
                                                           United States Magistrate Judge

---

[1] Plaintiffs withdrew the claims of 127 Lakes Rd LLC, 18 Sergio Lane LLC, Sergio Lane LLC, 9 Lake Region Blvd LLC, and 111 Lake Region Blvd LLC with prejudice on May 12, 2025.